UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CAMERON CREIGHTON, MYRON BREAUD, AND KRISTEN BOYD<br><br>VERSUS<br><br>OTIS JEFFERSON, OAKLEY TRUCKING, LLC, AND PROTECTIVE INSURANCE COMPANY | CIVIL ACTION NO.<br><br>SECTION:<br><br>MAGISTRATE |

## NOTICE OF REMOVAL

NOW INTO COURT, through undersigned counsel, come Defendants, Oakley Trucking, Inc. (improperly identified as "Oakley Trucking, LLC") and Otis Jefferson, who file this Notice for Removal pursuant to 28 U.S.C. §1332 and 1441, to hereby remove this matter from state court to the docket of this Honorable Court, and respectfully represents the following:

### BACKGROUND

I.

Cameron Creighton, Myron Breaud, and Kristen Boyd, Plaintiffs herein, filed a lawsuit styled *Cameron Creighton, Myron Breaud, and Kristen Boyd vs. Otis Jefferson, Oakley Trucking, LLC, and Protective Insurance Company* in Orleans Parish Civil District Court for the Parish of Orleans, State of Louisiana, No. 2018-9826, Division G, against Oakley Trucking, Inc. (improperly identified as "Oakley Trucking, LLC"), Otis Jefferson, and Protective Insurance Company. The suit seeks damages for physical pain and suffering, mental pain and suffering, medical expenses, loss of wages, loss of earning capacity, and permanent disability for Plaintiffs'

alleged injuries sustained in an automobile collision occurring in Orleans Parish, Louisiana on December 13, 2018.  (See Petition for Damages attached as Exhibit "1").

II.

The state court action commenced on October 1, 2018.  Oakley Trucking, Inc. and Otis Jefferson both received notice on or after October 26, 2018. Therefore, removal is timely under 28 U.S.C. § 1446(B)(1)-(3).

**BASIS OF REMOVAL**

III.

This suit is removable to this Court under and by virtue of the federal statutes and acts of the Congress of the United States, including 28 U.S.C. § 1332 and 28 U.S.C. § 1441, which provide federal district courts with original jurisdiction in cases where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different states.

IV.

Oakley Trucking, Inc. is incorporated in the State of Arkansas with its principal place of business in the State of Arkansas.

V.

Protective Insurance Company is incorporated in the State of Indiana with its principal place of business in the State of Indiana.

VI.

Otis Jefferson is a citizen of the State of Mississippi.

VII.

Cameron Creighton is a citizen of the State of Louisiana.

VIII.

Myron Breaud is a citizen of the State of Louisiana.

IX.

Kristen Boyd is a citizen of the State of Louisiana.

X.

Because Plaintiffs are citizens of the State of Louisiana and all Defendants are citizens of states other than Louisiana, complete diversity of citizenship exists among the parties.

XI.

Under United States Fifth Circuit Court of Appeals precedent, a defendant may establish that the amount in controversy exceeds $75,000 by either demonstrating that it is facially apparent from the petition that the claim likely exceeds $75,000, or by setting forth the facts in controversy that support a finding of the requisite amount. *Grant v. Chevron Phillips Chem. Co.,* 309 F.3d 864, 868 (5th Cir. 2002).

XII.

If a defendant can show by a preponderance of the evidence that the amount in controversy exceeds the jurisdictional amount, the "plaintiff can defeat diversity jurisdiction only by showing to a 'legal certainty' that the amount in controversy does not exceed $75,000." *Grant v. Chevron Phillips Chem. Co.,* 309 F.3d 864, 869 (5th Cir. 2002) (quoting *De Aguilar v. Boeing Co.,* 47 F.3d 1404, 1412 (5th Cir. 1995)).

XIII.

Since Article 893 of the Louisiana Code of Civil Procedure prohibits a plaintiff from pleading a specific dollar amount of damages, no specific dollar amount is provided in the Plaintiffs' Petition. For purposes of removal, however, it is facially apparent from the Petition that the amount in controversy exceeds $75,000, exclusive of interest and costs.

XIV.

In the Petition, for example, Plaintiffs assert that a vehicle operated by defendant Otis Jefferson, "suddenly and without warning, slammed into the driver's side of [Plaintiffs'] vehicle." The Petition further alleges that as a result, the Plaintiffs suffered "severe and disabling injuries." (*See* Petition for Damages, ¶¶ 3 & 6, attached as Exhibit "1")

XV.

Based on these allegations, Plaintiffs seek to recover the following damages:

a. Past and future physical pain and suffering;

e. Past and future mental pain and suffering;

c. Medical expenses

d. Past and future loss of earnings and earning capacity; and

f. Permanent disability to the body.

*Id.* at ¶ 2.

XVI.

Based on the allegations of Plaintiffs' Petition for Damages, it is facially apparent that the amount in controversy exceeds $75,000, exclusive of interest and costs, for this Court to assume jurisdiction over this matter under 28 U.S.C. § 1332.

XVII.

Defendants do not admit the underlying facts alleged by Plaintiffs and deny liability to Plaintiffs.

**REMOVAL PROCEDURE**

XVIII.

All defendants who have been properly served with Plaintiffs' petition affirmatively consent to the removal of this action. *See Lewis v. Rego Co.*, 757 F.2d 66, 68 (observing that notice of removal filed before all non-resident defendants served with process still effective).

XIX.

This Notice of Removal is filed within 30 days of the receipt by or service upon the defendant of a copy of the initial pleading setting forth the claim for relief upon which the action or proceeding is based.

XX.

The state court action was commenced on October 1, 2018 and this removal has been filed within one (1) year after its commencement.

XXI.

Venue is proper within the Eastern District of Louisiana because the matter is being removed from Division G of Orleans Parish Civil District Court—a court which the Eastern District of Louisiana embraces, and more specifically:

> The Honorable Robin M. Giarrusso
> Orleans Parish Civil District Court
> Division G-11
> 421 Loyola Ave.
> New Orleans, Louisiana 70112
> Phone: (504) 407-0260
> Facsimile: (504) 592-9345

XXII.

Under 28 U.S.C. § 1446(d), the movers affirm that they will give written notice of this removal to all adverse parties and will file a copy of the Notice with Orleans Parish Civil District Court.

XXIII.

Pursuant to 28 U.S.C. § 1447(b) and LR 3.2, movers identify all known counsel as follows:

a. *Counsel for Plaintiffs– Cameron Creighton, Myron Breaud, and Kristen Boyd*
   Eric A. Wright  (#26149)
   201 St. Charles Avenue, Suite 3206
   New Orleans, Louisiana 70170
   Telephone: (504) 525-5025
   Fax: (504) 324-0445

b. *Counsel for Defendants—Oakley Trucking, Inc., Protective Insurance Company, and Otis Jefferson*
   Andrea L. Albert (#27353)
   Ryan D. O'Connor (#35272)
   Galloway, Johnson, Tompkins, Burr & Smith
   #3 Sanctuary Boulevard, Third Floor
   Mandeville, Louisiana  70471
   Phone:  (985) 674-6680
   Facsimile:   (985) 674-6681

XXIV.

Further pursuant to 28 U.S.C. § 1447(b) and LR 3.2, movers attach a copy all state court pleadings, including any answers, along with the return of service of process filed in state court so far.  *See* Exhibit "1."

XXV.

Pursuant to Rule 11 of the Federal Rules of Civil Procedure, undersigned counsel certifies that she has read the foregoing Notice of Removal.  She likewise certifies that to the best of her knowledge, information, and belief formed after reasonable inquiry, the Notice is well-

grounded in fact and is warranted by existing law or good faith argument for the extension, modification, or reversal of existing law, and that it is not interposed for any improper purpose.

**WHEREFORE,** Defendants, Oakley Trucking, Inc. and Otis Jefferson, pray that this Notice be accepted as good and sufficient, and that this civil action be removed from Orleans Parish Civil District Court Parish of Orleans, State of Louisiana, to the docket of this Honorable Court for trial and determination as provided by law, and that this Court enter such Orders and issue such process as may be proper, including copies of records and proceedings of the action from the Orleans Parish Civil District Court for the Parish of Orleans, State of Louisiana, and then proceed with the civil action as if it had been originally commenced in this Court.

Respectfully submitted,

 /s/ Andrea L. Albert_____
**ANDREA L. ALBERT (#27353)**
**RYAN D. O'CONNOR (#35272)**
**GALLOWAY, JOHNSON, TOMPKINS,**
  **BURR & SMITH**
#3 Sanctuary Boulevard, Third Floor
Mandeville, Louisiana  70448
Telephone: (985) 674-6680
Facsimile:  (504) 674-6681
*Attorneys for Oakley Trucking, Inc., Protective Insurance Company, and Otis Jefferson*

### CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of October, 2018 a copy of the foregoing pleading has been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) or via the court's CM/ECF system.

/s/ Andrea L. Albert_____
**ANDREA L. ALBERT**