UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**CAMERON CREIGHTON ET AL.**          **CIVIL ACTION**

**VERSUS**                            **No. 18-10128**

**OTIS JEFFERSON ET AL.**             **SECTION I**

## JUDGMENT

This matter was brought before the Court following a show cause hearing. Pursuant to the show cause hearing and with the consent of counsel,

**IT IS ORDERED, ADJUDGED AND DECREED** that the claims of plaintiffs Cameron Creighton, Myron Breaud, and Kristen Boyd against defendants Otis Jefferson, Oakley Trucking, Inc. and Protective Insurance Company are **DISMISSED WITHOUT PREJUDICE.**

**IT IS FURTHER ORDERED** that the counterclaim of the defendants Otis Jefferson, Oakley Trucking, Inc. and Protective Insurance Company against plaintiffs Cameron Creighton, Myron Breaud, and Kristen Boyd is **STAYED** reserving to defendants their right to reurge the counterclaim if and when plaintiff(s) attempt to reopen this case.

New Orleans, Louisiana, March 26, 2019.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**